UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM HERAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES GOVERNMENT,<br><br>　　　　Defendant. | No.  2:13-cv-780-TLN-EFB PS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

On May 16, 2013, the undersigned granted plaintiff's request to proceed *in forma pauperis*, directed the clerk to provide plaintiff with the forms required to effect service on defendants, and directed plaintiff to provide to the U.S. Marshal within fourteen days all information needed to effect service of process and to file a statement with the court within fourteen days thereafter that the documents were submitted.[1]  ECF No. 3.

Plaintiff failed to supply the United States Marshal with the information needed to effect services of process as required by the May 16, 2013 order.  Therefore, on September 16, 2013, plaintiff was order to show cause, in writing, why sanctions should not be imposed for failure to follow court orders and/or for failure to provide the Marshal with the necessary documents to effect service of process.  ECF No. 8.  Plaintiff was also directed to provide the necessary information for service of process to the Marshal within 14 days of the date of that order.  *Id*.

---

[1] This case, in which plaintiff is proceeding *in propria persona*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).

1

On September 30, 2013, plaintiff filed a response to the September 16, 2013 order to show cause. ECF No. 9. Plaintiff states that he was sick and was unaware that his complaint was ready to be served. *Id*. He also stated that he has made the necessary arrangements to effect service of process. *Id*. In light of those representations, the September 16, 2013 order to show cause is discharged. No sanctions will be imposed.

SO ORDERED

DATED: October 21, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE