IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAM HERAM, ) | |
| ) | Case No. 2:13-cv-780-TLN-EFB |
| Plaintiff, ) | |
| ) | **ORDER GRANTING EX PARTE** |
| v. ) | **APPLICATION TO CONTINUE** |
| ) | **STATUS CONFERENCE AND** |
| UNITED STATES GOVERNMENT, ) | **RELATED DATES** |
| ) | |
| Defendant. ) | |
| _____) | |

Having reviewed the United States' *ex parte* application to continue the status conference currently set for January 22, 2014 at 10:00 a.m. in Courtroom No. 8, as well as the corresponding date to submit a status report, currently set for January 8, 2014, and for good cause showing, the Court hereby continues the status conference requests that the court continue the January 22, 2014 status conference for an additional 60 days, until March **26**, 2014, with the corresponding

deadline to submit the required status report extended until 14 days prior to the new date set for the status conference.

  As modified above, it is so ordered.

Dated: January 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2