UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 2:13-cv-780-TLN-EFB PS<br><br><br>ORDER |

On August 29, 2014, the government filed a motion to dismiss plaintiff's first amended complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6) and for lack of jurisdiction pursuant to Rule 12(b)(1).[1] ECF No. 44. That motion was before the court for hearing on October 1, 2014, and is currently under submission.

On September 18, 2014, plaintiff filed a second amended complaint. The complaint was not filed in compliance with Federal Rule of Civil Procedure 15(a). A plaintiff may amend the complaint once as a matter of course within 21 days of the service of a defendant's answer or Rule 12(b).[2] Plaintiff has already amended his complaint as a matter of course, and he filed his

---

[1] This case, in which plaintiff is proceeding pro se, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1).

[2] Federal Rule of Civil Procedure 15(a)(1) provides that "[a] party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or

1

1  second amend complaint without either a stipulation or leave of the court.  The court will address
2  that proposed amended complaint in the findings and recommendation on the motion currently
3  under submission.
4      Accordingly, it is hereby ordered that the October 29, 2014 hearing on defendant's motion
5  to dismiss is vacated.
6  DATED:  October 22, 2014.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

---

27  21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."   Rule
28  15(a)(2) provides that "[i]n all other cases, a party may amend its pleading only with the opposing party's  written consent or the court's leave."

2